HELMS INSURANCE AGENCY, INC., PLAINTIFF v. REDSHAW, INC., DEFENDANT

No. 8820DC1189

(Filed 18 July 1989)

**Appeal and Error § 24— failure to comply with Rules of Appellate Procedure—appeal dismissed**

 Defendant's appeal is dismissed for failure to comply with the Rules of Appellate Procedure.

APPEAL by defendant from *Honeycutt, Judge.* Order entered 3 June 1988 in District Court, UNION County. Heard in the Court of Appeals 11 May 1989.

 *Joe P. McCollum, Jr. for plaintiff appellee.*

 *Hedrick, Eatman, Gardner & Kincheloe, by Scott C. Lovejoy, for defendant appellant.*

PHILLIPS, Judge.

In appealing from the denial of its motions to dismiss plaintiff's action and to compel arbitration, defendant failed to comply with our Rules of Appellate Procedure in several respects and the appeal is dismissed. *Wiseman v. Wiseman,* 68 N.C. App. 252, 314 S.E. 2d 566 (1984). *Inter alia,* none of defendant's assignments of error is accompanied by a list of the exceptions upon which it is based and the pages of the record or transcript where they can be found as Rule 10(c) requires; no exceptions follow the judicial actions complained of as Rule 10(b)(1) requires, or appear in any other place in the record for that matter.

Appeal dismissed.

Judges BECTON and LEWIS concur.